IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE CAMPANA, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> NUANCE COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 1:21-cv-01241 <br><br> Hon. John J. Tharp Jr. |

## DEFENDANT NUANCE COMMUNICATIONS, INC.'S
## NOTIFICATION AS TO AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.2, Defendant Nuance Communications, Inc. ("Nuance"), by and through its counsel, hereby submits this notification as to affiliates.

1. Nuance does not have any publicly held affiliates that own more than 5% of Nuance's stock.

Dated: March 9, 2021

NUANCE COMMUNICATIONS, INC.

By: */s/ David C. Layden*
One of its attorneys

David C. Layden
Elena M. Olivieri
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

## **CERTIFICATE OF SERVICE**

I certify that on March 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*