**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHELLE CAMPANA, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-01241 |
| NUANCE COMMUNICATIONS, INC., | ) ) | Hon. John J. Tharp Jr. |
| Defendant. | ) ) ) | |

**DEFENDANT NUANCE COMMUNICATIONS, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Nuance Communications, Inc. ("Nuance") respectfully moves this Court for the entry of an Order extending the time for Nuance to respond to Plaintiff Michelle Campana's complaint to and including April 12, 2021. In support of this motion, Nuance states as follows:

1.      Plaintiff Michelle Campana filed this action on January 26, 2021 in the Circuit Court of Cook County, Illinois, Chancery Division. Plaintiff served a summons and a copy of the complaint on Nuance on or about February 3, 2021.

2.      Nuance removed this action to this Court on March 4, 2021. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Nuance's response to Plaintiff's Complaint currently is due March 11, 2021.

3.      Nuance and its counsel have determined that they require additional time to investigate Plaintiff's claims and to prepare a response to the Complaint.

4.      Nuance's counsel, David Layden, has communicated with Plaintiff's counsel, Eugene Turin, and determined that Plaintiff has no objection to a 30 day extension – to April 12, 2021 – of the time for Nuance to file a response to the Complaint.

5.      This is Nuance's first request for an extension of this deadline.

6.      Nuance respectfully submits that the requested extension of time will not prejudice any party or delay this action.

WHEREFORE, for the reasons set forth above, Nuance respectfully requests that the Court grant this motion and enter an Order extending the time for Nuance to file a response to Plaintiff's Complaint to and including April 12, 2021.


Dated:  March 9, 2021                                              NUANCE COMMUNICATIONS, INC.

                                                                           By: */s/ David C. Layden*_____
                                                                                  One of its attorneys


David C. Layden
Elena M. Olivieri
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

2

## CERTIFICATE OF SERVICE

I certify that on March 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*