

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date 3/1/2022

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Campana v. Nuance Communications, Inc.
USDC Case Number:  1:21-cv-01241
Circuit Court Case Number:  2021-CH-00374

Dear Clerk:

A certified copy of an order entered on 2/15/2022 by the Honorable John J. Tharp, Jr, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

> Sincerely yours,
> Thomas G. Bruton, Clerk
>
> By: /s/ B. Gudausky
>      Deputy Clerk

Enclosure(s)

Rev. 10/05/2016